UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
LARRY JACOBSON, as Chairman of the Joint Industry
Board of the Electrical Industry,  : 05-CV-5399 (ARR)(CLP)

Plaintiff,  : NOT FOR ELECTRONIC
 : OR PRINT
-against-  : PUBLICATION

 : OPINION AND ORDER

ACTION ELEVATOR, INC., et al.,

Defendants.  X
------------------------------------------------------------------

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 16, 2007, and the Supplemental Report and Recommendation dated March 13, 2007, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Reports and Recommendations, in their entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).



1

Accordingly, the court orders that default judgment be entered against defendants, jointly and severally, in the amount of $76,905.42. This amount reflects $65,511.74 in unpaid contributions owed for the period of weeks ending May 5, 2004 through September 7, 2005, $4,703.79 in interest on the delinquent contributions, $4,703.79 in liquidated damages, $1,241.25 in attorneys' fees and $744.85 in costs. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

s/ Allyne R. Ross

_____
Allyne R. Ross
United States District Judge

Dated: March 30, 2007
Brooklyn, New York

SERVICE LIST:

> *Counsel for Plaintiffs:*
> Eyad Asad
> Cohen, Weiss and Simon, LLP
> 330 West 42nd St
> 25th Floor
> New York, NY 10036
>
>
> *Defendant*:
> Action Elevator, Inc.
> 1275 Bloomfield Avenue
> Fairfield, NJ 07004
>
> Richard Trovato
> 16 Caryn Place
> Fairfield, NJ 07004
>
> Henry Shostchuk
> 258 Mount Airy Road
> Glen Gardner, NJ 08826

cc:     Magistrate Judge Pollak